AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Vikki V. Lensing

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 06-mj-01170

CHARGING DISTRICTS
CASE NUMBER: _____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Western District of Washington; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____,
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _____ on as directed by
*Date and Time*
counsel (Scott Varchdnt)

_____
*Signature of Judge*

8/15/06
*Date*

Craig B Shaffer  US Magistrate Jdg
*Name of Judge*   *Title of Judge*